**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Frank Whitfield v. The State of Texas

Appellate case number:    01-15-00336-CR

Trial court case number:  1378719

Trial court:               178th District Court of Harris County

In an information sheet filed by the court reporter on June 19, 2015, Tammy Adams informed this Court that an indigence hearing was held on June 10, 2015. We **ORDER** the court reporter to include the transcript of that hearing with the remainder of the record, which is currently due July 14, 2014.

We further **ORDER** the district clerk to file a supplemental record on indigence by July 14, 2015.

Appellant's "Motion to Proceed Payment of Cost" [sic] filed May 29, 2015, requesting he be permitted to proceed without appellate costs, will be carried with the case pending supplementation of the indigence record as ordered above.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                        X  Acting individually

Date:  June 25, 2015